IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AUGUST CABRERA, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> K.E.F.V., *by and through her next friend* Hortense Vickers, <br><br> *Plaintiff-Appellant*, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> *Defendant-Appellee*. | No. 23-7076 |

### STATEMENT OF ISSUES TO BE RAISED

Pursuant to the Court's Order of June 21, 2023, Plaintiff-Appellant K.E.F.V., by and through her next friend Hortense Vickers, submits this nonbinding statement of issues to be raised in this case.

In the Order under review,[1] the District Court entered final judgment as to a subset of the plaintiffs involved in this action, awarding damages to the other plaintiffs covered by the Order but dismissing Plaintiff-Appellant's claims under 28 U.S.C. § 1605A(c)'s private cause of action, holding that she lacked standing to

---

[1] Order, *Cabrera v. Islamic Republic of Iran*, No. 1:19-cv-3835 (JDB) (D.D.C. May 16, 2023), Dkt. 138 ("Order").

pursue her claim. *See* Order at 4. Under Federal Rule of Civil Procedure 54(b), the Court thus entered a final judgment as to one or more, but fewer than all, parties to the underlying case. *Id.* The claims of other plaintiffs remain pending in the District Court.

The issue to be raised on appeal is: Whether a plaintiff who was *in utero* at the time of a terrorist attack on her immediate family member has standing to bring a claim for solatium damages under the private cause of action in the terrorism exception to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c).

Dated: July 21, 2023

Respectfully submitted,

*/s/ Joshua D. Branson*
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Grace W. Knofczynski (D.C. Bar No. 1500407)
James A. Ruck (D.C. Bar No. 1739309)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com
jruck@kellogghansen.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiff-Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Joshua D. Branson*
Joshua D. Branson